UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-768 CBM (MRW) | Date | June 14, 2024 |
|---|---|---|---|
| Title | Neway M. v. O'Malley | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Eddie Ramirez | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL OF SOCIAL SECURITY APPEAL

1. This is an action seeking district court review of a denial of Social Security disability benefits. Under Supplemental Social Security Rule 6, Plaintiff was required to file an opening brief with the Court within 30 days from the agency's filing of the answer and administrative record in the action.[1]

2. The government filed those items on April 1, 2024. Plaintiff's memorandum therefore was due by or before May 1. However, the Court's docket indicates that Plaintiff failed to file anything in support of the appeal.

3. Plaintiff is ordered to show cause why this action should not be dismissed. Plaintiff may discharge this order by filing: (i) a statement (not to exceed 5 pages excluding exhibits) by or before July 8 explaining the delay in the case; and (ii) the substantive brief in support of the appeal.

4. If no timely response is filed, the Court will likely dismiss the action under Federal Rule of Civil Procedure 41 for failure to prosecute and for failure to comply with this Court's order. Applied Underwriters, Inc. v. Lichtenegger, 913 F.3d 884 (9th Cir. 2019).

---

[1] The Court specifically informed this pro se litigant of this obligation at the commencement of the action. (Docket # 6.)