UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY M.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-00768-JVS-AYP<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 – including a de novo review of those matters as to which Plaintiff has objected, Defendant responded to Plaintiff's objections, and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the December 15, 2025 Report and Recommendation and overrules Plaintiff's Objections.

IT IS HEREBY ORDERED that Defendant's Motion to Remand is granted, the decision of the Commissioner of Social Security is REVERSED, and this matter is

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

remanded for further administrative action consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that Judgment be entered in accordance to this ORDER.

IT IS SO ORDERED.

DATED: September 25, 2026

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE