JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWAY M.,[1]<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-cv-00768-JVS-AYP<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that Defendant's Motion to Remand, Dkt. No. 35, is granted, the decision of the Commissioner of Social Security is REVERSED, and this matter is remanded for

[1]Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

further administrative action consistent with the Report and Recommendation of United States Magistrate Judge.

IT IS SO ADJUDGED.

DATED: September 25, 2026

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE